IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY F. STANLEY,

           Petitioner,

  v.

ROBERT AYERS, Warden,

           Respondent.

_____/

No. C 07-03582 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner did not respond to the Clerk's notice.

On November 15, 2007, the Court issued an Order Directing Payment of Filing Fee or Filing of In Forma Pauperis Application. The Clerk sent Petitioner another blank in forma pauperis application. The Court directed Petitioner to either pay the fee or return the completed application within thirty days or his action would be dismissed.

More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application or otherwise communicated with the Court.

Accordingly, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

DATED: 12/18/07

SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court
For the Northern District of California

P:\PRO-SE\SBA\HC.07\Stanley3582.DISIFP.frm

1

2                      UNITED STATES DISTRICT COURT

3                                FOR THE

4                      NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JERRY F. STANLEY et al,                    Case Number: CV07-03582 SBA

8              Plaintiff,                        **CERTIFICATE OF SERVICE**

9        v.

10   AYERS et al,

11             Defendant.

                                            /
12   _____

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14
     That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18   Jerry F. Stanley C 80900
     California State Prison - San Quentin
19   Death Row
     San Quentin,  CA 94974
20

21   Dated: December 21, 2007

22                                        Richard W. Wieking, Clerk
                                          By: LISA R CLARK, Deputy Clerk
23

24

25

26

27

28

     P:\PRO-SE\SBA\HC.07\Stanley3582.DISIFP.frm2