IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JERRY F. STANLEY,

              Petitioner,

  v.

ROBERT AYERS, Warden,

              Respondent.

_____/

No. C 07-03582 SBA (PR)

**<u>JUDGMENT</u>**

      The Court has dismissed this action without prejudice because Petitioner failed to complete the <u>in forma pauperis</u> application or pay the filing fee.  A judgment of dismissal without prejudice is entered.  The Clerk of the Court shall close the file.

      IT IS SO ORDERED.

DATED:  12/18/07

                                    SAUNDRA BROWN ARMSTRONG
                                    United States District Judge

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2      UNITED STATES DISTRICT COURT

3      FOR THE

4      NORTHERN DISTRICT OF CALIFORNIA

5

6

7    JERRY F. STANLEY et al,                    Case Number: CV07-03582 SBA

8            Plaintiff,                         **CERTIFICATE OF SERVICE**

9      v.

10   AYERS et al,

11           Defendant.

12   _____/

13   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

14
     That on December 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said
15   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
     envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
16   located in the Clerk's office.

17

18   Jerry F. Stanley C 80900
19   California State Prison - San Quentin
     Death Row
20   San Quentin,  CA 94974

21   Dated: December 21, 2007

                                          Richard W. Wieking, Clerk
22                                        By: LISA R CLARK, Deputy Clerk

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.07\Stanley3582.jud.wpd      2